IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHRISTOPHER STERLING                                                    PLAINTIFF

v.                                  Case No. 4:25-cv-4074

SHERIFF JEFF BLACK; JAIL
ADMINISTRATOR RAMI COX; and
OFFICER JOE TOWNSEND                                                    DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 12. Judge Comstock recommends that Plaintiff's Amended Complaint (ECF No. 9) be dismissed without prejudice for failure to prosecute this matter and for failure to comply with the Court's Orders. Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 12) in toto. Accordingly, Plaintiff's Amended Complaint (ECF No. 9) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 10th day of April, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge